IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:13-CV-1816 |
|     **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
|     v. : | |
| : | |
| **CARL LEROY BUSH, JR.,** : | |
|     **Defendant** : | |

## **ORDER**

AND NOW, this 17th day of November, 2014, upon consideration of plaintiff's application for distribution of proceeds (Doc. 15) from the sale of real property located at 707 Oak Grove Drive, Lehighton, PA 18235, and of the order of court dated May 21, 2014 (Doc. 14), confirming the sale of that property, it is hereby ORDERED that said motion (Doc. 15) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 15).

                                      /S/ CHRISTOPHER C. CONNER
                                      Christopher C. Conner, Chief Judge
                                      United States District Court
                                      Middle District of Pennsylvania